COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                                NO.
2-06-295-CR

 

 

JOSHUA
RAY MONTEZ                                                        APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

            FROM THE 213TH
DISTRICT COURT OF TARRANT COUNTY

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion To
Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal. 
See id.; Tex. R. App. P.
43.2(f).

PER CURIAM

 

PANEL D:   WALKER, J.; CAYCE,
C.J.; and MCCOY, J.

DO NOT PUBLISH








Tex. R. App. P. 47.2(b)

DELIVERED: January 25, 2007











[1]See Tex. R. App. P. 47.4.